JS-6

| | |
|---|---|
| ZIAD ALI HUSSEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | **Case No. CV 21-5817 FMO (RAOx)**<br><br>[Hon. Fernando Olguin, Courtroom 6D]<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

IS HERE ORDERED that, pursuant to stipulation by and among the parties this action, Plaintiff in pro per and Target Corporation, through its attorneys of record, the above-entitled action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

DATED: January 21, 2022

/s/
_____
Honorable Fernando Olguin
United States Judge

4862-6040-4999.2

1

**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**